UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No: CR 03-S-450-S |
| | ) | |
| KIRK WOLF MACDONALD | ) | |

## MEMORANDUM OPINION

This matter is before the court on the defendant's motion to suppress (doc. no. 13). The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be, and the same hereby is, adopted and approved as the findings and conclusions of this court. Accordingly, defendant's motion to suppress is due to be denied. An appropriate order will be entered.

**DONE** this 19th day of August, 2005.

_____
United States District Judge